IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:06CR112 |
| BRYAN W. ADAMS, | ) | **ORDER** |
| Defendant. | ) | |

Before the Court is the Motion to Review Detention Order [29] filed by the defendant. Pretrial Services is ordered to obtain a chemical evaluation of the defendant and investigate a release plan. Upon completion of the evaluation, the motion will be set by further order of the Court.

IT IS SO ORDERED.

DATED this 9th day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge